**Vicki L. FITCH, Appellant,**

v.

**TEXACO REFINING AND MARKETING, INC., Warren R. Fish, Respondents.**

No. WD 50090.

Missouri Court of Appeals,
Western District.

Sept. 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1995.

Don Roberson, Kansas City, for appellant.

Jeffrey Alan Burns, Kansas City, for respondents.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Fitch appeals from an entry of summary judgment in favor of Texaco, based on the circuit court's finding that her second lawsuit against Texaco and one of its employees was barred by principles of *res judicata*. Affirmed. Rule 84.16(b).